late Court at the October term, 1921. Affirmed. Opinion filed July 11, 1922.

Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel. Joseph M. Griffen, for appellee; Frank L. Wolf, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Foreman Brothers Banking Company, administrator of the estate of Edith E. Jones, deceased, appellee, v. Thomas J. McInerney and James P. McInerney, trading as McInerney Brothers Auto Livery Company, appellants. Gen. No. 27,377.

Action for death of plaintiff's intestate who was struck by defendants' automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed July 11, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Green, Beverly & Rice and Bassler, Bippus & Rose, for appellants; Grover D. Rose, of counsel. Morse Ives and H. H. Patterson, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Blackstone Shop, appellee, v. Blum's, Inc., and Harry H. Blum, appellants. Gen. No. 27,403.

Permanent injunction granted restraining defendants from changing the electrical installation of a building so as to compel complainant to purchase electricity from defendants instead of from an electrical company directly. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed July 11, 1922.

Pines & Newmann, for appellants; Richard D. Klein, of counsel. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Harry G. Cowen, appellee, v. Henry Clay, appellant. Gen. No. 27,430.

Action for the value of wearing apparel stolen from a room rented from defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed July 11, 1922.

Langworthy, Stevens & McKeag, for appellant. Erwin E. Cowen, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

International Lamp Manufacturing Company, appellee, v. Julius E. Levin, appellant. Gen. No. 27,867.

Bill for an accounting. Preliminary injunction granted and motion to dissolve same overruled. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed July 11, 1922. Rehearing denied July 18, 1922.

Frank Schoenfeld, for appellant. Bernard J. Brown, for appellee. Mr. Justice Morrill delivered the opinion of the court.